PHILLIP A. TALBERT
Acting United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation No. 7056976 |
| Plaintiff, | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| v. | |
| NICHOLAS P. TALIVAA, | |
| Defendant | |

    The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 7056976 against NICHOLAS P. TALIVAA without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: July 31, 2017    Respectfully Submitted,
    Phillip A. Talbert
    Acting United States Attorney

By: *Kyle R. Ratliff*
    KYLE R. RATLIFF
    Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 7056976 against NICHOLAS P. TALIVAA be dismissed without prejudice, in the interest of justice.

Dated: _____August 1__, 2017

*Jennifer L. Thurston*

HON. JENNIFER L. THURSTON
United States Magistrate Judge